MICHAEL TEITLE ET AL *v.* GRANITE MUTUAL INSURANCE COMPANY.

(73 A2d 300)

February Term, 1950

Present: SHERBURNE, C. J., JEFFORDS, CLEARY, ADAMS and BLACKMER, JJ.

Opinion filed May 2, 1950.

*Witters & Longmoore* and *Clarence V. Akley* for the plaintiffs.

*H. William Scott, Arthur L. Graves,* and *Frederick G. Mehlman* for the defendant.

JEFFORDS, J.   The issues in this cause are identical with those in *Teitle* v. *The London and Lancashire Insurance Co.*, ante page 228, 73 A2d 300.   For the reasons given in that opinion the same entry must be made.

*Judgment affirmed.*